IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHRISTOPHER F. GIBSON,

      Plaintiff,                  No. 2:12-cv-2428 KJN P

     vs.

SACRAMENTO COUNTY JAIL, et al.,

      Defendants.            ORDER

                               /

        Plaintiff consented to proceed before the undersigned for all purposes. See 28 U.S.C. § 636(c). By order filed February 5, 2013, plaintiff's complaint was dismissed and thirty days leave to file an amended complaint was granted. Thirty days from that date have now passed, and plaintiff has not filed an amended complaint, or otherwise responded to the court's order.

        Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice. See Local Rule 110; Fed. R. Civ. P. 41(b).

DATED: March 13, 2013

                                              KENDALL J. NEWMAN
                                              UNITED STATES MAGISTRATE JUDGE

gibs2428.fta